# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THOMAS CROCKETT
ADC #080478                                               PETITIONER

v.                      No. 5:17-cv-231-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

1. On *de novo* review, the Court adopts the recommendation, № 3, as modified and overrules Crockett's objections, № 7. FED. R. CIV. P. 72(b)(3). Crockett's arguments about the procedural default determination in his first petition aren't "claims." *Gonzalez v. Crosby*, 545 U.S. 524, 532 & n.4 (2005). But his challenge to the merits determination on Claim 4 (about trial counsel's effectiveness) is. *Gonzalez*, 545 U.S. at 531. Magistrate Judge Young considered and rejected the substance of that claim. № 4 at 7–10. Because Crockett's filing contains at least one "claim," it is a second or successive *habeas* petition requiring pre-authorization from the United States Court of Appeals for the Eighth Circuit. *Gonzalez*, 545 U.S. at 530. His petition, № 2, will therefore be dismissed without prejudice to getting approval from the Court of Appeals to file a

successive petition about counsel's alleged ineffectiveness. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

**2.** If Crockett wants to proceed with his Rule 60(b) arguments about procedural default and issues 1–3, then he must submit a paper with only those arguments for filing in Case No. PB-C-87-341. The Court expresses no opinion on the merits of those arguments.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2018