IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS CROCKETT
ADC #080478                                                            PETITIONER

v.                        No. 5:17-cv-231-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                      RESPONDENT

## JUDGMENT

Crockett's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2018