# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THOMAS CROCKETT
ADC #080478                                                    PETITIONER

v.                          No. 5:17-cv-231-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

**1.** Motion, № 10, granted as modified. The Court directs the Clerk to file copies of every filing in this case in case No. PB-C-87-341. The Clerk must then reassign that case at random.

**2.** The Court directs Crockett to file an updated motion in case No. PB-C-87-341 by 4 May 2018 with a short and plain statement of the three issues the Court has authorized him to pursue through Federal Rule of Civil Procedure 60(b). № 8. Crockett may not expand the issues at this point. He may cite and incorporate earlier filings. And he must summarize the substance of his arguments to bring clarity to the live issues presented for decision. The Court directs the Clerk to send Crockett a copy of his initial motion in this case, № 1, to assist him in drafting his updated filing.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2018