IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS CROCKETT
ADC #080478                                                PETITIONER

v.                          No. 5:17-cv-231-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                   RESPONDENT

## ORDER

Crockett has filed another Rule 60(b) motion.  *Doc. 13*.  He argues that the law has changed since his 2017 Rule 60 motion and that the Judgment in his *habeas* case should therefore be vacated. Both Crockett's *habeas* petition and the merits of his last motion were litigated in his 1987 case.   E.D. Ark. No. 5:87-cv-341-KGB.   And this new motion is aimed at unwinding the *habeas* Judgment;   it doesn't warrant relief from the 2018 Judgment and final Order in this case. *Doc. 8 & 9*.   Crockett's new motion, *Doc. 13*, is therefore denied without prejudice to his filing it in his *habeas* case if he so chooses.

_____

* Dexter Payne is the Director of what is now known as the Arkansas Division of Correction.   The Court directs the Clerk to amend the docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_31 July 2020_____